ACCEPTED
06-15-00069-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/22/2015 2:59:14 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00069 |
| Appellate Case Style: Style: | Temika Owens |
| Vs. | State of Texas |

**FILED IN**
**6th COURT OF APPEALS**
TEXARKANA, TEXAS

5/22/2015 2:59:14 PM

DEBBIE AUTREY
Clerk

| | |
|---|---|
| Companion Case: | N/A |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Temika | ☒ Lead Attorney |
| Middle Name: | First Name: Jeff |
| Last Name: Owens | Middle Name: Taylor |
| Suffix: | Last Name: Jackson |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed  ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained  ☐ Public Defender |
| | Firm Name: Law Office of Jeff T. Jackson |
| | Address 1: 736-A Hwy 259 N. |
| | Address 2: |
| | City: Kilgore |
| | State: Texas    Zip+4: 75662 |
| | Telephone: 903-654-3362    ext. |
| | Fax: 817-887-4333 |
| | Email: Jeff.T.Jackson.Law@gmail.com |
| | SBN: 24069976 |
| | [Add Another Appellant/ Attorney] |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?　☐ Yes　☒ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Micheal

Middle Name: Elwood

Last Name: Jimerson

Suffix:

☐ Appointed　　☒ District/County Attorney
☐ Retained　　☐ Public Defender

Firm Name: Rusk County D.A.'s Office

Address 1: 115 N. Main St.

Address 2: Ste. 302

City: Henderson

State: Texas　　Zip+4: 75652

Telephone: 903-657-2265　ext.

Fax: 903-657-0329

Email: mjimerson@co.rusk.tx.us

SBN: 00789406

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 29, 2015

Offense charged: Harassment of Public Servent

Date of offense: June 1, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes　☐ No

Was the trial by:　☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 11, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 2 years confinement, TDJC ID

Is the appeal from a pre-trial order?　☐ Yes　☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes　☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:　☐ Yes　☒ No　If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes　☒ No　If yes, date filed:

Other:　☐ Yes　☒ No　If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:　☐ Yes　☒ No　☐ NA　If yes, date filed:

Date of hearing:　☒ NA

Date of order:　☒ NA

Ruling on motion: ☐ Granted　☐ Denied　☒ NA　If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 4th District Court

County: Rusk County

Trial Court Docket Number (Cause no): CR14-305

Trial Court Judge (who tried or disposed of the case):

First Name: J.

Middle Name: Clay

Last Name: Gossett

Suffix:

Address 1: 115 N. Main St.

Address 2: Ste. 303

City: Henderson

State: Texas     Zip + 4: 75652

Telephone: 903-657-0358     ext.

Fax: 903-655-1250

Email: annette.griffin@co.gregg.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☐ Yes  ☒ No

If yes, date requested:

If no, date it will be requested: May 26, 2015

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Terri

Middle Name:

Last Name: Boling

Suffix:

Address 1: 115 N. Main St.

Address 2: Ste. 303

City: Henderson

State: Texas     Zip + 4: 75652

Telephone: 903-657-0358     ext.

Fax: 903-655-1250

Email: terri.boling@co.rusk.tx.us

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: N/A

Court:

Style:

    Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)

Date: May 22, 2015

State Bar No: 24069976

Printed Name:

Electronic Signature: /s/ Jeff T. Jackson
    (Optional)

Name: Jeff T. Jackson

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on May 22, 2015    .

Signature of counsel (or pro se party)

Electronic Signature: /s/ Jeff T. Jackson
    (Optional)

State Bar No.: 24069976

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 22, 2015

Manner Served: Fax

First Name: Micheal

Middle Name: Elwood

Last Name: Jimerson

Suffix:

Law Firm Name: Rusk County D.A.'s Office

Address 1: 115 N. Main St.

Address 2: Ste. 302

City: Henderson

State: Texas    Zip+4: 75652

Telephone: 903-657-2265    ext.

Fax: 903-657-0329

Email: mjimerson@co.rusk.tx.us